# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC.; CINDERFUL MUSIC; UNIVERSAL–SONGS OF POLYGRAM INTERNATIONAL, INC.; (ADDITIONAL PLAINTIFFS ON PAGE 3)

*Plaintiff*

V.

TRAVPITBULL, LLC d/b/a THE SADDLE BAR, and MICHAEL ALAN GARCIA; TOM WILLIAM VAN BETTEN; andMATTHEW CRAIGWEAVER, each individually

*Defendant*

Civil Action No.  16cv0732-CAB-JMA

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charmaine Grace Yu
One Montgomery Street, Suite 3000
San Francisco, California 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  3/28/16



John Morrill
*CLERK OF COURT*
S/                             T. Hernandez
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 16cv0732-CAB-JMA                    Date Issued: _____3/28/16_____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                            *Server's Signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 16cv0732-CAB-JMA

AL GREEN MUSIC, INC.; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; GIBB BROTHERS MUSIC; CROMPTON SONGS, LLC; TREMONTI STAPP MUSIC; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA; UNIVERSALMUSIC-Z TUNES LLC d/b/a UNIVERSALMUSIC Z SONGS; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; NASHVILLE STAR MUSIC, a division of REVEILLE PUBLISHING LLP; CARNIVALMUSIC COMPANY d/b/a TILTAWHIRLMUSIC; BMG RIGHTS MANAGEMENT (US) LLC d/b/a BMG PLATINUM SONGS (US)